1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    RONALD FRYER,

11             Plaintiff,                    No. CIV S-11-0717 EFB P

12        vs.

13    T. WRAY,

14             Defendants.              <u>ORDER</u>

15    _____/

16         Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action

17    brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302

18    pursuant to 28 U.S.C. § 636(b)(1).

19         Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28

20    U.S.C. § 1914(a).  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of

21    (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance

22    in plaintiff's account for the six-month period immediately preceding the filing of the complaint.

23    28 U.S.C. § 1915(b)(1).  Thereafter, plaintiff must make monthly payments of 20 percent of the

24    preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).

25    ////

26    ////

1

1    The agency having custody of plaintiff is required to forward to the Clerk of the Court

2    the initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time

3    the amount in the account exceeds $10, until the filing fee is paid.  *Id.*

4    The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma

5    pauperis application upon the Director of the California Department of Corrections and

6    Rehabilitation and deliver a copy of this order to the Clerk's financial division.

7    So ordered.

8    Dated:   January 3, 2012.

9    EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

2