## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

RONALD FRYER,

        Plaintiff,                  No. 2:11-cv-0717 MCE EFB P

vs.

T. WRAY,

                                    **ORDER & WRIT OF HABEAS CORPUS**
        Defendant.              **AD TESTIFICANDUM**
_____/

        Ronald Alonzo Fryer, CDCR # C-79106, a necessary and material witness in proceedings in this case on June 11, 2013, is confined in Salinas Valley State Prison (SVSP), 31625 Highway 101, Soledad, CA 93960, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Gary S. Austin in Courtroom No. 10 at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721, on Tuesday, June 11, 2013 at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference, at the time and place above, until completion of the settlement conference or as ordered by Judge Gary S. Austin; and

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

        3.  The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at SVSP via facsimile at (831) 678-5544.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SVSP, P. O. Box 1020, Soledad, California 93960:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Austin at the time and place above, until completion of the settlement conference or as ordered by Judge Austin.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  April 2, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE