# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FRYER, | 2:11-cv-00717-MCE-EFB-P |
| Plaintiff, | NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED (Doc. 39.) |
| v. | |
| T. WRAY, | |
| Defendant. | |
| | As to Ronald Alonzo Fryer, CDC# C-79106 |

Settlement proceedings in this matter commenced on June 11, 2013 at 10:00 a.m, and Plaintiff Ronald Alonzo Fryer has provided testimony before the court. Plaintiff Ronald Alonzo Fryer, CDC# C-79106, is no longer needed by the court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate, issued on April 2, 2013, is HEREBY DISCHARGED.

DATED: 6/11/13

U. S. MAGISTRATE JUDGE GARY S. AUSTIN