IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD FRYER,

      Plaintiff,                      No. 2:11-cv-0717-MCE-EFB P

      vs.

J. T. WRAY,                       ORDER RE SETTLEMENT & DISPOSITION

      Defendant.

    The docket reflects that the June 11, 2013 settlement conference resulted in a settlement agreement between the parties. The court now orders that dispositional documents be filed not later than 120 days from the date of this order. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. Any outstanding motions are denied as moot.

    So ordered.

Dated: July 17, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE